No. 04–1023. IN RE ADAM;

No. 04–8263. IN RE BRUNO; and

No. 04–8413. IN RE FLOURNOY. Petitions for writs of habeas corpus denied.

No. 04–7981. IN RE AVERY. Petition for writ of habeas corpus denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 04–7203. IN RE PHELPS;

No. 04–7457. IN RE AARON;

No. 04–7528. IN RE CARDWELL;

No. 04–7889. IN RE MATHISON; and

No. 04–7999. IN RE PHILLIPS. Petitions for writs of mandamus denied.

No. 04–7795. IN RE GREEN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 03–1238. IBP, INC. v. ALVAREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. C. A. 9th Cir.; and

No. 04–66. TUM ET AL. v. BARBER FOODS, INC., DBA BARBER FOODS. C. A. 1st Cir. Motion of National Chicken Council et al. for leave to file a brief as *amici curiae* in No. 03–1238 granted. Certiorari in No. 03–1238 granted limited to Question 1 presented by the petition. Certiorari in No. 04–66 granted limited to Question 1 presented by the petition and the following question: "Do employees have a right to compensation for time they must spend waiting at required safety equipment distribution stations?" Cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 03–1238, 339 F. 3d 894; No. 04–66, 360 F. 3d 274.